UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-127-BO-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CHI-ALI ALIJUWON BUNN | |

On motion of the Defendant, Chi-Ali Alijuwon Bunn, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #33 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 27 day of December, 2023.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE