UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-127-BO-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CHI-ALI ALIJUWON BUNN | |

This matter having come before the Court on the joint motion of the Office of the Federal Public Defender and the Government to continue the SENTENCING of the Defendant, and for good cause shown, it is hereby ORDERED that the sentencing shall be continued until the February 2024 term.

IT IS SO ORDERED.

This the 27 day of December, 2023.

Terrence Boyle
TERRENCE W. BOYLE
United States District Judge